LEOPOLD ZIMMERMANN et al., Appellants, *v.* HENRY G. TIMMERMANN et al., Respondents.

(Submitted January 4, 1909; decided January 29, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 486.)

---

THE CITY OF NEW YORK, Appellant, *v.* NEW YORK CITY RAILWAY COMPANY, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

(Submitted January 25, 1909; decided January 29, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 679, 680.)

---

HANS TRIEST, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted January 25, 1909; decided January 29, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 525.)